

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2018

No. 04-17-00731-CV

**IN RE Sam LAJZEROWICZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting: Sandee Bryan Marion, Chief Justice
   Karen Angelini, Justice
   Irene Rios, Justice

On January 26, 2018, relator filed a Motion for Leave to Supplement Petition for Writ of Mandamus with Affidavit Complying with T.R.A.P. 52.3(j) and For Reconsideration of Supplemented Petition. After considering the motion, we GRANT relator's request to supplement the mandamus record with his affidavit and DENY relator's request for reconsideration of the supplemented petition.

It is so **ORDERED** on January 31, 2018.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CI-20292, styled *Sam Lajzerowicz v. Estelita O'Campo Lajzerowicz*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.